```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22058
   ZACHARY W LAVENDER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3538


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/26/2007 and was confirmed 01/31/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 12/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED              .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00               .00            .00
COOK COUNTY TREASURER    SECURED NOT I       .00               .00            .00
WESTVIEW ESTATES CONDO A SECURED NOT I       .00               .00            .00
WESTVIEW ESTATES CONDO A UNSECURED       5788.66               .00            .00
INTERNAL REVENUE SERVICE PRIORITY       15189.64               .00            .00
ADT SECURITY SYSTEMS     UNSECURED      NOT FILED              .00            .00
CITY OF CHICAGO PARKING  UNSECURED        680.00               .00            .00
CHRIST HOSPITAL          UNSECURED      NOT FILED              .00            .00
AT&T WIRELESS MINNEAPOLI UNSECURED      NOT FILED              .00            .00
MERCY PHYSICIAN BILLING  UNSECURED      NOT FILED              .00            .00
MERCY PHYSICIAN BILLING  UNSECURED      NOT FILED              .00            .00
MERCHANTS CREDIT GUIDE C UNSECURED      NOT FILED              .00            .00
AMERICAS SERVICING COMPA SECURED NOT I  7785.57                .00            .00
INTERNAL REVENUE SERVICE UNSECURED      1516.66                .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,464.00                           3,208.83
TOM VAUGHN               TRUSTEE                                             275.99
DEBTOR REFUND            REFUND                                                 .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,484.82

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              3,208.83
TRUSTEE COMPENSATION                          275.99
DEBTOR REFUND                                    .00
                       ---------------     ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22058 ZACHARY W LAVENDER
```

TOTALS                                   3,484.82              3,484.82

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```